USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL TAVERAS,

              Plaintiff,

-against-

P.J. CLARKE'S AT LINCOLN CENTER, LLC d/b/a
P.J. CLARKE'S, PHILIP SCOTTI, ODALA DOE,
and PEPE DOE

              Defendant.

1:20-cv-09693-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on November 18, 2020 [ECF No. 1]. Summonses for the Defendants were issued by the Clerk of Court on November 19, 2020, but no action has occurred in the case since then. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 30, 2021.** If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date: March 31, 2021
New York, NY

MARY KAY VYSKOCIL
United States District Judge