# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                        Facsimile: (212) 317-1620

jlarusso@faillacelaw.com

August 2, 2021

**VIA ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re:     Taveras, et al. v. P.J. Clarke's at Lincoln Center, LLC, et al.
                  CASE #: 1:20-cv-09693-MKV
                  **Case Status Report**

Your Honor:

       This office represents Plaintiffs in the above-named action. Please allow this correspondence to serve as a status report on this matter. The parties had a conference call with the arbitrator on July 13, 2021. During that time, the parties agreed on a schedule for the exchange of informal discovery. The parties must report on the status to the American Arbitration Association and the arbitrator by August 16, 2021. Thereafter, another conference will be scheduled.

       As such, plaintiff therefore requests that the Court continue the stay pending the outcome of the arbitration. We thank the Court for its time and attention to this matter.

                                                                    Respectfully submitted,

                                                                    _____/s/_____
                                                                    James O. LaRusso, Esq.

cc:

Jason Zoldessy, Esq. (VIA E-mail)
Jason.zoldessy@jacksonlewis.com
*Attorney for Defendants*