UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022

---

DANIEL TAVERAS individually and on behalf of
others similarly situated,

                    Plaintiff,

          -against-

PJ CLARKE'S AT LINCOLN CENTER LLC,
PHILLIP SCOTTI, ODALA DOE, and PEPE DOE,

                    Defendants.

---

1:20-cv-9693 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On May 3, 2021, the Court reopened this matter and entered a stay pending the outcome of the Parties' arbitration.  [ECF No. 14].  In its May 3 Order, the Court directed the Parties to "submit a status report on the status of arbitration every 90 days beginning on August 2, 2021" and to "notify the Court within five days of the resolution of the arbitration."  On August 2, 2021, the Parties filed a status report.  The Parties have not filed a status report since that date.

IT IS HEREBY ORDERED that the Parties shall file a status report on the status of arbitration every 90 days beginning on February 9, 2022.  The Parties must also notify the Court within five days of the resolution of the arbitration.  Failure to comply with the Court's Orders may result in sanctions, including dismissal.

**SO ORDERED.**

Date:  **February 2, 2022**
       **New York, NY**

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**