```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL TAVERAS,

                Plaintiff,

         -against-

P.J. CLARKE'S AT LINCOLN CENTER, LLC (d/b/a P.J. CLARKE'S), PHILIP SCOTTI, ODALA DOE, AND PEPE DOE,

                Defendants.

1:20-cv-9693-MKV

ORDER

---

**MARY KAY VYSKOCIL, United States District Judge:**

      The Parties have informed the Court that this case has been settled in principle [ECF No. 24] (the "Settlement Letter") and have filed copies of the proposed settlement agreement and documentation supporting the fairness of the settlement. [ECF No. 24-1, ECF No. 24-2]. The Court has reviewed these documents for fairness in accordance with the Fair Labor Standards Act and Second Circuit law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Considering the totality of the circumstances, the Court finds that the settlement is fair and reasonable and is the product of arm's length negotiations by parties represented by experienced counsel. The settlement agreement is the product of private arbitration. *See* Settlement Letter at 1, ECF No. 13. The settlement amount is reasonable, in part, because, before attorney's fees, the settlement compensates Plaintiff for more than the amount of his claim for unpaid overtime compensation, based on the allegations in the complaint. *See* Settlement Letter at 2. It should be noted, however, that the Court is not in this endorsement opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice. The Clerk of Court is respectfully requested to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

Date:  **September 19, 2022**                   **MARY KAY VYSKOCIL**
       **New York, NY**                       **United States District Judge**